NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellants*

**v.**

**NANOCO TECHNOLOGIES LTD.,**
*Appellee*

---

2022-1847

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00182.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2  SAMSUNG ELECTRONICS CO., LTD. V. NANOCO TECHNOLOGIES
LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

February 8, 2023
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** February 8, 2023